STATE OF CONNECTICUT *v.* WALTER SMITH
(11509)

DALY, O'CONNELL and HEIMAN, Js.

Submitted on briefs June 11—decision released July 6, 1993

*Dante R. Gallucci,* special public defender, filed a brief for the appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney, filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.